■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KANAV KHOSLA, Appellant. [990 NYS2d 871]—Appeal by the defendant, as limited by his motion, from a sentence of the County Court, Suffolk County (Kahn, J.), imposed May 4, 2009, upon his plea of guilty, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

The sentence imposed was not excessive (*see People v Suitte*,

90 AD2d 80 [1982]; *see also People v Haimson*, 164 AD2d 867 [1990]). Eng, P.J., Dillon, Austin, Sgroi and Maltese, JJ., concur.